UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF OKLAHOMA

_____

J. Andrew McKamie, DDS, d/b/a                           Case No: CIV-13-173-C
Center for Exceptional Dentistry,

      Plaintiff,

v.

Patterson Dental Supply, Inc.,

      Defendant.

_____

**DEFENDANT'S WITNESS LIST**

_____

Defendant will call witnesses at trial in the above-captioned matter drawn from the following list as needed to respond to the testimony and evidence submitted by plaintiff. Defendant also reserves the right to call any witnesses designated by plaintiff, and to modify this list to add any witnesses as may be necessary for purposes of rebuttal.

1. Patterson Dental Supply, Inc. representative
   (may be called if necessary to authenticate documents)
   1031 Mendota Heights Road
   St. Paul, MN

2. Matt Stephenson, CEREC Specialist
   (may be called regarding sales process and follow-up)

3. Steven Hipson, former Branch Manager
   Patterson Dental Supply, Inc.
   (may be called regarding sales process and follow-up)

4. Bryan Sholtess
   Patterson Dental representative
   (may be called regarding subsequent discussions with plaintiff)

5. J. Andrew McKamie, DDS (will be called)

The individuals referenced above are or were all acquainted with the plaintiff and

defendant at various stages during the relevant period in question.  They will testify regarding the facts and circumstances of the plaintiff's claims and in defense of those matters alleged by plaintiff including, but not limited to, the conduct, communications and agreements between the parties.

**BERNICK LIFSON, P.A.**

Dated:  October 25, 2013

s/Robert A. Gust
Robert A. Gust #158847
5500 Wayzata Boulevard
1200 The Colonnade
Minneapolis, Minnesota 55416-1270
(763) 546-1200 *phone*
(763) 546-1003 *fax*

**REYNOLDS, RIDINGS,
VOGT & McCART, PLLC**

James Vogt #9243
2200 First National Center
120 N Robinson
Oklahoma City, OK 73102-7880
(405) 232-8131 / 405-232-7911 (fax)
jimvogt@rrvmlaw.com

*Attorney for Defendant*