

**PATTERSON**
D E N T A L

**Oklahoma City Branch**
7508 Broadway Ext., Suite 105
Oklahoma City, OK 73116
Telephone (405) 767-3400
www.pattersoncompanies.com

Center For Exceptional Dentistry                                   10.22.07
J. Andrew Mckamie, DDS
C. Andrew Snell, DDS
3645 N. Council Rd. – Bethany, OK

Dr.'s McKamie/Snell,

Thank you for taking time to visit with Matt Stephenson and preview the CEREC technology. We feel very confident that we can arrive at a mutual business agreement regarding the purchase of your CEREC machine.

We would like to offer you Patterson's *100% satisfaction guarantee*:

1. Purchase your CEREC 3D today
2. Finance with Patterson Financing (90-day skip)
3. Attend Basic Training (Patterson Paid)
4. Perform 40-50 restorations in the mouth
5. Attend Advanced Training (Patterson Partially Paid)
6. Make all of your monthly payments on time.

If at this point, you cannot justify incorporating this technology into your dental practice, Patterson will allow you to return the product and cancel the remainder of the financing agreement.

_____                          _____
Steven Hipson                                                         Matt Stephenson
Branch Manager, OKC                                         CEREC Specialist

_____                          _____
J. Andrew McKamie, DDS                                  C. Andrew Snell, DDS

0101

Exhibit 2