# PATTERSON DENTAL

## Installment Sale Contract - Security Agreement

Effective Date: October 25, 2007

94613

| Seller | | Buyer | |
|---|---|---|---|
| Name | PATTERSON DENTAL SUPPLY, INC. | Name | J A McKamie |
| Address | 1031 Mendota Heights Road | Address | |
| | St. Paul, MN 55120 | | 3645 N Council |
| | | | Bethany, OK 73008 |

This Installment Sale Contract - Security Agreement ("Agreement") is entered into by and between the Seller and Buyer as of the Effective Date. Seller and Buyer agree as follows:

1. **Property Sold** Seller hereby sells and Buyer (jointly and severally, if more than one) hereby purchases the Property described on the attached Schedule A(s) on a time price basis at the Time Sale Price. Buyer has elected not to pay the Cash Price stated below.

2. **Time Sale Price Computation**

| | | |
|---|---|---|
| a. Total Cash Price..................................................... | $ | 103,845.00 |
| b. Taxes (If Any)....................................................... | $ | 8,754.58 |
| c. Official Fees (Filing Fees, Recording Fees, etc.)....... | $ | 50.00 |
| d. Installation Charges............................................... | $ | - |
| e. Down Payment.....(1) Cash............... $     - | | |
|     (2) Trade-in............. $     - | | |
|     $ - | | |
|     (3) Total Down Payment (1) +(2)........... | $ | - |
| f. Balance (a. + b. + c. + d. -e)................................. | $ | 112,649.58 |
| g. Time Price Differential.......................................... | $ | 32,699.82 |
| h. Time Balance (f. + g.)........................................... | $ | 145,349.40 |
| i. Time Sale Price (h. + e. (3) )................................ | $ | 145,349.40 |

3. **Payment Schedule** Buyer agrees to pay the Time Balance in ___SIXTY-THREE___ consecutive monthly payments commencing on the thirtieth day following the Effective Date and continuing on the same day each month thereafter until paid. Buyer will send monthly payments to Seller's address above or to any other address Seller specifies. The consecutive Monthly Payments shall be:

| | | | | | |
|---|---|---|---|---|---|
| | 1 | to | 3 | inclusive | $0.00 |
| then | 4 | to | 63 | inclusive | $2,422.49 |
| then | | to | | inclusive | |

except the last which shall be the Time Balance then unpaid. If any Monthly Payment is not received by the Seller when due, Seller may charge an administrative late fee of up to 1-1/2% per month calculated on the amount of the past due Monthly Payments. Payments not received timely can increase the stated Time Price Differential.

4. **Delivery and Acceptance of Property** The Property has been delivered by Seller to Buyer's address set forth above unless otherwise noted. Buyer has accepted the Property. Seller shall not be liable or responsible for any failure or delay in installation of Property for whatever reason. Location of Property if not at the Buyer's address above:

_____     _____
                  address                                                   city, state zip

EXCLUSION OF EXPRESS OR IMPLIED WARRANTIES - SELLER MAKES NO REPRESENTATIONS OR WARRANTIES, EXPRESS OR IMPLIED, OF ANY KIND, INCLUDING WITHOUT LIMITATION WARRANTIES OF MERCHANTABILITY OR FITNESS FOR A PARTICULAR PURPOSE, WITH RESPECT TO THE PROPERTY. NOTHING HEREIN SHALL BE CONSTRUED AS A WAIVER BY BUYER OF ANY WARRANTY WHICH MAY BE PROVIDED BY THE MANUFACTURER OF ANY PROPERTY, BUT BUYER'S SOLE REMEDY FOR ALLEGED DEFECTS IN THE DESIGN OR THE MANUFACTURE OF THE PROPERTY SHALL BE AGAINST THE MANUFACTURER.
BUYER AND SELLER AGREE THAT THE ADDITIONAL TERMS AND CONDITIONS ON THE REVERSE SIDE HEREOF ARE PART OF THIS AGREEMENT.

Notwithstanding the signature(s) on this Agreement may indicate a representative capacity, the individual(s) signing below for the Buyer agree(s), in order to induce the Seller to enter into this Agreement, to unconditionally guarantee payment and performance of all liability of Buyer to Seller under this Agreement, whether now existing or hereafter incurred. Each reference to "Buyer" in this Agreement shall include the individual(s) signing below as the Guarantor(s). Additional terms and conditions of Guaranty are on the reverse side hereof in Section 16.

| **AGREED AND ACCEPTED BY SELLER** | **AGREED AND ACCEPTED BY BUYER** |
|---|---|
| Seller: Patterson Dental Supply, Inc. | Buyer: J A McKamie |
| By: _____ | By: _Andrew McKamie, DDS_ |
| | By: _____ |

F-737 20245 (7-07) X3

Exhibit 3