**CENTER FOR exceptionaldentistry**

DR. J. ANDREW MCKAMIE
DR. C. ANDREW SNELL



3645 N. COUNCIL RD
BETHANY, OK 73008
U.S.A
405.789.7893
405.789.8377
WWW.SMILEOKC.COM

# FAX COVER SHEET

| SEND TO: B.O.A. | FROM: Rhonda McKamie |
|---|---|
| ATTENTION: Tad Allen | OFFICE LOCATION: 3645 N. COUNCIL RD |
| OFFICE LOCATION: Columbus OH | DATE: 12/4/07 |
| FAX NUMBER: 877-246-4478 | PHONE NUMBER: 405.789.7893 |

☐ URGENT  ☐ REPLY ASAP  ☐ PLEASE COMMENT  ☐ PLEASE REVIEW  ☐ FOR YOUR INFORMATION

TOTAL PAGES INCLUDING COVER:

**COMMENTS:**

Tad,
Let me know if there's still something else you need. Sorry for the delay, we've been out of control.
My cell is 405-306-8996 if you need me!
Rhonda

**CENTER FOR exceptionaldentistry**

Exhibit 4, page 1


**Bank of America**

# Banc of America Practice Solutions, Inc.
## FAX COVER SHEET

____10____

| | |
|---|---|
| To: Dr. McKamie | From: Tad Allen |
| Location: | Dept: |
| Phone Number: | Phone Number  614-428-2222 |
| Fax Number: 405-789-~~7666T~~ 8377 | Fax Number: 877-246-4478 |

Date and Time: 11-27-2007

### IMPORTANT CONFIDENTIALITY INFORMATION

If you are not the intended recipient of this facsimile, or the person responsible for delivering it to the intended recipient, you are hereby notified that any dissemination, distribution or copying of this transmission is strictly prohibited as it may contain information that is privileged, confidential, and exempt from disclosure under applicable law.

If you have received this communication in error, please telephone the sender immediately, then mail the document(s) to us at the address below.

- **Comments:** Dr. McKamie, here are your final loan documents. Please sign them were indicated and fax them all back to my attention to 877-246-4478. I will also need a copy of your drivers license and a copy of your practices contents insurance declarations page. If you have any questions what so ever, please feel free to give me a call at 614-428-2222. Thank you, Tad Allen

Banc of America Practice Solutions, Inc. • 2740 Airport Drive, Suite 300, Columbus, OH • 43219
(614) 428-2100