| Name | Date |
|---|---|
| ████, mike | 5/7/1958 |
| ████, tooth | 1/11/1980 |
| ████, maryann | 10/25/2007 |
| ████, Karen | 10/29/2007 |
| ████, dillon | 11/9/2007 |
| ████, beverly | 11/9/07 |
| ████, al | 11/20/2007 |
| ████-2, al | 11/21/2007 |
| ████, lewis | 11/21/07 |
| ████-gabas, chris | 11/21/07 |
| ████, rick | 11/25/2007 |
| ████, richard | 11/25/07 |
| ████, terry | 11/27/07 |
| ████, angela | 11/29/07 |
| ████, charles | 12/2/2007 |
| ████-2, charles | 12/2/2007 |
| ████-2, richard | 12/3/07 |
| ████-2, lewis | 12/10/07 |
| ████, greg | 12/11/07 |
| ████-2, greg | 12/11/07 |
| ████, kathy | 12/19/07 |
| ████, Garrol | 12/19/2007 |
| ████, jim | 12/19/2007 |
| ████, steve | 12/26/2007 |
| ████, nancy | 12/26/2007 |
| ████ alsphugh | 1/3/2008 |
| ████, christian | 1/8/2008 |
| ████, shirley | 1/8/08 |
| ████, terri | 1/9/08 |

Handwritten note: "164 names listed but a few duplicates. Represents somewhere slightly under 160 crowds actually played in the north"

| Name | Date |
|---|---|
| ███, sharla | 1/9/08 |
| ███-2, sharla | 1/9/08 |
| ███, sharla | 1/10/08 |
| ███, Brain | 1/12/2008 |
| ███, b.f. | 1/12/2008 |
| ███, loren | 1/12/2008 |
| ███, sally | 1/13/2008 |
| ███, summer | 1/15/2008 |
| ███, robert | 1/17/08 |
| ███, charles | 1/19/2008 |
| ███, theron | 1/20/2008 |
| ███, darlene | 1/20/2008 |
| ███, gina | 1/20/2008 |
| ███, lisa | 1/24/2008 |
| ███, george | 1/24/08 |
| ███, daggs | 1/24/2008 |
| ███-18, shoarla | 1/25/2008 |
| ███, lori | 1/24/2008 |
| ███, norma | 1/25/2008 |
| ███, Debbie | 2/6/2008 |
| ███, Phillip | 1/29/2008 |
| ███, KATHY | 2/6/08 |
| ███, Manning | 2/25/2008 |
| ███20a2, thomas | 2/25/08 |
| ███, Street | 2/25/08 |
| ███, Radley | 2/26/08 |
| ███, Street | 2/25/2008 |
| ███3, betsey | 2/26/08 |
| ███, leslie | 2/28/2008 |

| Name | Date |
|---|---|
| -130, Brenda | 3/1/2008 |
| -030, kayla | 3/1/2008 |
| , Donna | 3/1/2008 |
| -120, Brad | 3/1/08 |
| , Naghdi-b1 | 3/4/2008 |
| , Steffenson-030 | 3/4/2008 |
| , McCaslin-A-2 | 3/4/2008 |
| -12, May | 3/9/2008 |
| -18-130, G. | 3/9/2008 |
| -130-19, Grant | 3/9/08 |
| , B1, G | 3/11/08 |
| -030, Debbie | 3/13/2008 |
| -120, Dana | 3/17/2008 |
| -210, Russell | 3/23/2008 |
| -130, Ron | 3/23/2008 |
| 120, Greg | 3/23/08 |
| -120, Micheal | 3/23/2008 |
| -220, Welma | 3/23/08 |
| -110, Joyce | 3/23/08 |
| , Russell | 3/23/08 |
| -A-2Multi, Vera | 3/23/08 |
| -220, Alan | 3/24/2008 |
| -A-2.5, Wayne | 3/27/2008 |
| -120, Vanda | 3/27/2008 |
| -Swanson-040 | 3/30/2008 |
| Cooper-120 | 3/30/2008 |
| Salehi-120 | 3/30/2008 |
| Simpson-120 | 3/30/08 |
| , Bishop | 4/13/2008 |

| Name | Date |
|---|---|
| ▓130, Jasper | 4/13/2008 |
| ▓, Edmonson-210 | 4/13/08 |
| ▓rew-120, Melanie | 4/13/08 |
| ▓-140, Susan | 4/20/08 |
| ▓, -120, Paul | 4/21/2008 |
| ▓-210, Rick | 4/21/08 |
| ▓-120, Mytle | 4/24/2008 |
| ▓-210, Paul | 4/30/08 |
| ▓-A-3, Bill | 5/4/08 |
| ▓-040, Stacey | 5/11/08 |
| ▓-130, larry | 5/13/2008 |
| ▓-240, Bruce | 5/14/2008 |
| ▓-030, Wayne Jr. | 5/19/08 |
| ▓210, joyce | 5/20/08 |
| ▓-110, daneen | 6/1/08 |
| ▓120, P. | 6/2/2008 |
| ▓s, Patsy | 6/2/08 |
| ▓110, Lynn | 6/2/08 |
| ▓420, Shawna | 6/13/08 |
| ▓040, Judy | 6/16/2008 |
| ▓030, Debbie | 6/16/08 |
| ▓-120, Terry | 6/17/2008 |
| ▓-210, Donald | 6/17/08 |
| ▓-210, Chris | 6/17/08 |
| ▓-110, Rachel | 6/22/2008 |
| ▓, julie | 6/25/2008 |
| ▓-130, Nolan | 6/26/2008 |
| ▓A-1, Nolan | 6/26/2008 |
| ▓denny | 6/30/08 |

| Name | Date | Date |
|---|---|---|
| [redacted]-130, Angie | 7/1/2008 | 7/1/08 |
| [redacted]-120, Roberta | 7/6/2008 | 7/6/08 |
| [redacted]-120, Keith | 7/8/2008 | 7/8/08 |
| [redacted]-120, Keith | 7/20/2008 | 7/8/08 |
| [redacted]-210, Pam | 7/20/2008 | 7/20/08 |
| [redacted]-110, Barb | 7/20/2008 | 7/20/08 |
| [redacted]-120, Debi | 7/29/08 | |
| [redacted], Ben | 8/3/2008 | |
| [redacted]-120, Kim | 8/11/2008 | |
| [redacted]-140, Charles | 8/12/2008 | |
| [redacted]-120, Katie | 8/26/08 | |
| [redacted]-110, Sue | 9/2/2008 | |
| [redacted]-220m Russell | 9/3/2008 | |
| [redacted]-120, c | 9/3/08 | |
| [redacted], Scott | 9/3/08 | |
| [redacted]-120, connie | 9/7/2008 | |
| [redacted], Caplinger-120 | 9/7/08 | |
| [redacted]-120, Terry | 9/16/08 | |
| [redacted]-120, Willis | 9/16/2008 | |
| [redacted]-140, Sharon | 9/22/08 | |
| [redacted]-110, Lorrin | 9/29/08 | |
| [redacted]-320, George | 9/29/08 | |
| [redacted]-110, Bob | 10/15/2008 | |
| [redacted]-040, larry | | |
| [redacted]-130, Russell | | |
| [redacted]-110, Dale | | |
| [redacted], cheryl | | |
| [redacted]-020, Lewis | | |
| [redacted]-210, Bob | | |

| Name | Date |
|---|---|
| ▮▮▮130, Larry | 10/29/2008 |
| ▮▮▮-120, Beverly | 10/29/08 |
| ▮▮▮-120, Paul | 11/21/08 |
| ▮▮▮-120, Margretta | 11/29/2008 |
| ▮▮▮-a-1, susie | 12/4/2008 |
| ▮▮▮110, m | 12/5/2008 |
| ▮▮▮-110, Rick | 12/10/2008 |
| ▮▮▮130, Rita | 12/10/2008 |
| ▮▮▮-040, Dana | 12/11/2008 |
| ▮▮▮10, E | 12/15/08 |
| ▮▮▮030, S. | 12/17/2008 |
| ▮▮▮-110, Stev | 12/21/2008 |
| ▮▮▮-, Jewell | 1/5/09 |
| ▮▮▮, Kelli | 7/27/2009 |
| ▮▮▮, Kelly | 7/27/2009 |
| ▮▮▮w2-110, daneen | 61/08 |
| ▮▮▮3D, Patient | |
| ▮▮▮e, andy | |
| ▮▮▮Patient | |

| Name | Date |
|---|---|
| al, | |
| r, 030, S. | 11/20/2007 |
| ▰, kathy | 12/17/2008 |
| -110, Stev | 12/19/2007 |
| Swanson-040 | 12/21/2008 |
| -130, Brenda | 3/30/2008 |
| ▰, rick | 3/1/2008 |
| 110, Rick | 11/25/2007 |
| -120, Paul | 12/10/2008 |
| -040, Dana | 4/21/2008 |
| ▰, Manning | 12/11/2008 |
| -120, Keith | 2/25/2008 |
| ▰, steve | 7/6/2008 |
| -120, Debbie | 12/26/2007 |
| -120, Dana | 1/29/2008 |
| -210, Bob | 3/13/2008 |
| ▰, lisa | 1/24/2008 |
| -120, Keith | 10/15/2008 |
| ▰, julie | 7/6/2008 |
| ▰, summer | 6/25/2008 |
| 030, lori | 1/15/2008 |
| -120, Debi | 1/25/2008 |
| -120, Margretta | 7/20/2008 |
| ck-040, Judy | 11/29/2008 |
| ▰, charles | 12/2/2007 |
| -2, charles | 12/2/2008 |
| ▰, leslie | 1/19/2008 |
| -130, Larry | 10/29/2008 |

| Name | Date |
|---|---|
| ▓s-130, larry | 5/13/2008 |
| ▓, Patient | 6/2/2008 |
| ▓ 120, P. | 4/13/2008 |
| ▓, Bishop | 1/20/2008 |
| ▓, theron | 1/12/2008 |
| ▓-130, Brain | 3/23/2008 |
| ▓-130, Ron | 12/19/2007 |
| ▓, Garrol | 8/11/2008 |
| ▓ 120, c | 1/3/2008 |
| ▓ alsphugh | 3/4/2008 |
| Dr., ▓ b1 | 1/13/2008 |
| ▓-a-1, susie | 12/4/2008 |
| ▓, sally | 7/8/2008 |
| ▓ 210, Pam | 1/12/2008 |
| ▓, b.f. | 6/26/2008 |
| ▓ 130, Nolan | 6/26/2008 |
| ▓ A-1, Nolan | 9/3/2008 |
| ▓-120, Terry | 6/17/2008 |
| ▓ 120, Terry | 1/8/2008 |
| ▓, christian | 1/12/2008 |
| ▓n, loren | 9/7/2008 |
| ▓-110, Bob | 6/22/2008 |
| ▓-110, Rachel | 4/13/2008 |
| ▓-130, Jasper | 3/30/2008 |
| ▓Cooper-120 | 8/3/2008 |
| ▓n-220m Russell | 3/17/2008 |
| ▓n-210, Russell | 3/1/2008 |
| ▓ 030, kayla | 7/20/2008 |
| ▓, Ben | |

| Name | Date |
|---|---|
| ▓▓▓▓, Phillip | 2/6/2008 |
| ▓▓▓▓, Kim | 7/20/2008 |
| ▓▓▓-120, Greg | 3/23/2008 |
| ▓▓▓-A-2.5, Wayne | 3/27/2008 |
| ▓▓▓-120, Vanda | 3/27/2008 |
| ▓▓▓-110, m | 12/5/2008 |
| ▓▓▓-130, Angie | 7/1/2008 |
| ▓▓▓, nancy | 12/26/2007 |
| ▓▓▓, dillon | 11/9/2007 |
| ▓▓▓, darlene | 1/20/2008 |
| ▓▓▓-A2-May | 3/9/2008 |
| ▓▓▓, gina | 1/20/2008 |
| ▓▓▓ Caplinger-120 | 9/2/2008 |
| ▓▓▓, Donna | 3/1/2008 |
| ▓▓▓, maryann | 10/25/2007 |
| ▓▓▓, Steffenson-030 | 3/4/2008 |
| ▓▓▓-220, Alan | 3/24/2008 |
| ▓▓▓, Kelli | 7/27/2009 |
| ▓▓▓, Kelly | 7/27/2009 |
| ▓▓▓-210, Donald | 6/17/2008 |
| ▓▓▓-240, Bruce | 5/14/2008 |
| ▓▓▓-040, larry | 9/16/2008 |
| ▓▓▓ McCaslin-A-2 | 3/4/2008 |
| ▓▓▓ c-2, al | 11/21/2007 |
| ▓▓▓-030, Karen | 10/29/2007 |
| ▓▓▓-120, connie | 8/12/2008 |
| ▓▓▓ Street | 2/26/2008 |
| ▓▓▓-120, Micheal | 3/23/2008 |
| ▓▓▓-18-130, G | 3/9/2008 |

| Name | Date |
|---|---|
| ▓-130, Rita | 12/10/2008 |
| ▓-210, Paul | 4/30/08 |
| ▓-130-19, Grant | 3/9/08 |
| ▓ Jenny | 6/30/08 |
| ▓, cheryl | 9/29/08 |
| ▓, lewis | 11/21/07 |
| ▓-020, Lewis | 9/29/08 |
| ▓-2, lewis | 12/10/07 |
| ▓-220, Welma | 3/23/08 |
| ▓, george | 1/24/08 |
| ▓, greg | 12/11/07 |
| ▓-320, George | 12/11/07 |
| ▓-2, greg | 9/7/08 |
| ▓-40, Charles | 7/20/08 |
| ▓, andy | 5/7/1958 |
| ▓, mike | 5/19/08 |
| ▓-A-3, Bill | 5/4/08 |
| ▓, daggs | 1/24/08 |
| ▓, beverly | 11/9/07 |
| ▓ns, Patsy | 6/2/08 |
| ▓, Salehi-120 | 3/30/08 |
| ▓-120, Beverly | 10/29/08 |
| ▓-120, Willis | 9/3/08 |
| ▓-030, Wayne Jr. | 3/9/08 |
| ▓-B1, G | 4/13/08 |
| ▓ Edmonson-210 | 3/9/08 |
| ▓-120, Shawna | 6/13/08 |
| ▓-030, Debbie | 3/11/08 |
| ▓, KATHY | 2/6/08 |

| Name | Date |
|---|---|
| ▓-110, Joyce | 3/23/08 |
| ▓robert ▓, Russell | 1/17/08 |
| ▓-130, Russell | 3/23/08 |
| ▓120, Paul | 9/16/08 |
| ▓-120, Katie | 11/21/08 |
| ▓-140, Sharon | 7/20/08 |
| ▓w, terri | 9/3/08 |
| ▓-110, daneen | 1/9/08 |
| ▓-120, Melanie | 6/1/08 |
| ▓-110, daneen | 4/13/08 |
| ▓110, Sue | 61/08 |
| ▓-120, Roberta | 7/29/08 |
| ▓110, Lorrin | 7/1/08 |
| ▓10, joyce | 9/3/08 |
| ▓3, betsey | 5/20/08 |
| ▓-A-2Multi, Vera | 2/26/08 |
| ▓40, Stacey | 3/23/08 |
| ▓-gabas, chris | 5/11/08 |
| ▓, angela | 11/21/07 |
| ▓0, E | 11/29/07 |
| ▓-110, Lynn | 12/15/08 |
| ▓-210, Chris | 6/2/08 |
| ▓, norma | 6/17/08 |
| ▓, terry | 1/28/08 |
| ▓Simpson-120 | 11/27/07 |
| ▓, Jewell | 3/30/08 |
| ▓220a2,thomas | 1/5/09 |
| ▓-110, Barb | 2/25/08 |
|  | 7/8/08 |

| Name | Date |
|---|---|
| 110, Dale | 9/22/08 |
| [redacted], Patient | |
| [redacted] 140, Susan | 4/20/08 |
| [redacted] Street | 2/25/08 |
| [redacted], tooth | |
| [redacted]-120, Brad | |
| [redacted]dley | 1/11/1980 |
| [redacted]030, Debbie | 3/1/08 |
| [redacted] Scott | 2/25/08 |
| 210, Rick | 6/16/08 |
| [redacted], jim | 8/26/08 |
| [redacted], sharla | 4/21/08 |
| [redacted], sharla | 12/19/07 |
| [redacted]-18, shoarla | 1/10/08 |
| [redacted]-2, sharla | 1/9/08 |
| -120, Mytle | 1/24/2008 |
| [redacted], shirley | 1/9/08 |
| [redacted], richard | 4/24/2008 |
| -2, richard | 1/8/08 |
| | 11/25/07 |
| | 12/3/07 |

Names column (left):
- mckamie, mike
- typodont, tooth
- keoppel, maryann
- Litsiy-030, Karen
- jennie, dillon
- meyer, beverly
- al, leblanc
- leblanc-2, al
- mcclain, lewis
- seevers-gabas, chris
- bedlion, rick
- yoesting, richard
- spreier, terry
- shoup, angela
- butcher, charles
- butcher-2, charles
- yoesting-2, richard
- mcclain-2, lewis
- mcdonald, greg
- mcdonald-2, greg
- auchenbac, kathy
- Dockum, Garrol
- wilkerson, jim
- black, steve
- james, nancy
- dr, alsphugh
- gregg, christian
- wilson, shirley
- pettigrew, terri
- wilkerson, sharla
- wilkerson-2, sharla
- wilkerson, sharla

Handwritten notes:

2007 — 23 units of appox 162 units of approx 228 psi
2008 — 132 units
2009 — 3 units (2 units for another DE) + 205 psi units
     _____
     158 units

2010 — 0    ← 1 Meyer    280 units
2011 — 0    ← 1 Black    285 units

Nov. 07 — 10 units
  11/9/2007
  10/29/2007
  10/25/2007    Oct 07 — 2 units
  10/25/2007
  1/11/1980
  5/7/1958
  11/9/07
  11/20/2007
  11/21/2007
  11/21/07
  11/25/2007
  11/21/07
  11/25/07
  11/27/07
  11/29/07
  12/2/2007
  12/2/2007
  12/3/07
  12/10/07
  12/11/07      Dec 07 — 11 units
  12/11/07
  12/19/07
  12/19/2007
  12/19/2007
  12/26/2007
  12/26/2007
  1/3/2008
  1/8/2008
  1/8/08
  1/9/08
  1/9/08
  1/9/08
  1/10/08

Primary — 1245/no
Spider —   232/no
         _____
         1597  × 54 = 86,238 ÷ 158 = 545 / crown